IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANNE BALLARD, MARSHA CAPOSELL, GREGORY SCOTT GALATIAN, and JOHN GANDARA on behalf of themselves and others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 3:20−cv−00418 |
| v. | ) ) ) |
| CORECIVIC OF TENNESSEE, LLC | ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Jeanne Ballard, et al., hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the State of Ohio, as well as United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the Northern District of Indiana, the United States District Court for the Southern District of Indiana, the United Stated District Court for the District Court of North Dakota, the United States District Court for the Western District of Oklahoma, the United States District Court for the District of Arizona, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Eastern District of Missouri, the United States District Court for the District of Colorado, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the D.C. Circuit. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor

disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927, except as disclosed herein.

    Respectfully,

    NILGES DRAHER LLC

    By: s/ *Shannon M. Draher*
    Shannon M. Draher (0074304)
    7266 Portage Street, N.W., Suite D
    Massillon, OH 44646
    Telephone: (330) 470-4428
    Facsimile: (330) 754-1430
    Email: sdraher@ohlaborlaw.com

2

Case 3:20-cv-00418　Document 11　Filed 05/21/20　Page 2 of 3 PageID #: 76

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 19, 2020, a copy of the foregoing *Motion for Admission Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                               /s/ *Shannon M. Draher*
                                               Shannon M. Draher

3

Case 3:20-cv-00418 Document 11 Filed 05/21/20 Page 3 of 3 PageID #: 77