# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEANNE BALLARD, MARSHA CAPOSELL, GREGORY SCOTT GALATIAN and JOHN GANDARA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC<br><br>Defendant. | Civil Action No. 3:20-cv-00418 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for CoreCivic of Tennessee, LLC hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Western District of Pennsylvania.

Attached is a Certificate of Good Standing from that Court.

Respectfully submitted,

*/s/ Robert W. Pritchard*
Robert W. Pritchard *(pro hac vice)*
PA ID No. 76979
*rpritchard@littler.com*

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Ph: 412.201.7628
Fax: 412.774.1957

*Attorneys for Defendant, CoreCivic of Tennessee, LLC*

Dated: May 22, 2020

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

## CERTIFICATE OF GOOD STANDING

I, _____ JOSHUA C. LEWIS _____, Clerk of this Court,

certify that _____ ROBERT WILLIAM PRITCHARD _____, Bar # _____ 12891 _____,

was duly admitted to practice in this Court on _____ 12/07/1995 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ PITTSBURGH, PA _____ on _____ 05/19/2020 _____
  *(Location)*                                                       *(Date)*

_____
CLERK

_____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I certify that on this 22st day of May, 2020, the foregoing document was filed electronically through the ECF system and is available for viewing and downloading from the ECF system upon the counsel of record as follows:

        Respectfully submitted,
        **BIGELOW LEGAL P.C.**
        Robert C. Bigelow, Esq. #022022
        4235 Hillsboro Pike, Ste. 217
        Nashville, TN 37215
        Telephone: (615) 829-8986
        Email: bigelowlegal@gmail.com

        *Attorney for Plaintiff*


        *s/ Robert W. Pritchard*
        Robert W. Pritchard

4817-0394-2588.1 098405.1002