# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JEANNE BALLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | **NO. 3:20-cv-00418** |
| | ) | **JUDGE RICHARDSON** |
| CORECIVIC OF TENNESSEE, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

## <u>ORDER</u>

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear p*ro hac vice* (Doc. No. 30) of Don J. Foty is GRANTED.

_____

VICKI R. KINKADE
CHIEF DEPUTY CLERK