IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEANNE BALLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3-20-cv-00418 |
| | ) | JUDGE RICHARDSON |
| CORECIVIC OF TENNESSEE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

In response to the Court's September 4, 2020 Order (Doc. No. 33), the parties have filed a revised Notice of Collective Action Lawsuit (Doc. No. 34-1) that conforms to the Court's instructions. Accordingly, the Court will sign the parties' Joint Stipulation for Conditional Certification and Notice to Collective Action Members (Doc. No. 8) and attach, as Exhibit A, the *revised* Notice (Doc. No. 34-1).

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE