| | | |
|---|---|---|
| **JEANNE BALLARD, MARSHA CAPOSELL,** | ) | **Case No. 3:20cv418** |
| **GREGORY SCOTT GALATIAN,** | ) | |
| **and JOHN GANDARA, on behalf of themselves** | ) | **Judge Richardson** |
| **and others similarly situated,** | ) | **Magistrate Judge Newbern** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION FOR CONDITIONAL CERTIFICATION AND NOTICE TO COLLECTIVE ACTION MEMBERS

Plaintiffs Jeanne Ballard, Marsha Caposell, Gregory Scott Galatian, and John Gandara, on behalf of themselves and all others similarly situated, and Defendant CoreCivic of Tennessee, LLC (hereinafter "Defendant") (collectively the "Parties") hereby file this Joint Stipulation Regarding Conditional Certification and Notice to Collective Action Members and request the Court approve this stipulation by signing below in the space provided.

Defendant hereby consents to this Court conditionally certifying this matter as a collective action, pursuant to FLSA, 29 U.S.C. § 216(b), consisting of all employees of Defendant meeting the following definition:

> **All current and former Correctional Officers, Senior Correctional Officers, Detention Officers, and Senior Detention Officers classified as non-exempt during the two-year period before the date of mailing of the notice contemplated by this stipulation in all correctional and detention centers nationwide excluding those who worked exclusively at the Eloy Detention Center, Lake Erie Correctional Institution, the Trousdale Turner Correctional Center, and any location in California.**

By agreeing to this stipulation and class definition, Defendant is not limiting or waiving any of its defenses, including but not limited to that it is not liable for all or part of any alleged damages that Plaintiffs or potential opt-in Plaintiffs claim to have incurred during this time period or its right to later move for decertification.

The Parties stipulate that within twenty-one (21) days after the Court approves this stipulation by signing below, Defendant shall provide to an agreed-upon third party administrator the names, and last known home addresses, for all potential opt-in Plaintiffs as defined above. Defendant shall provide such information in a computer-readable format, such as a Microsoft Excel Spreadsheet. Within twenty-one (21) days after the Court approves this stipulation by signing below, Defendant shall also provide Plaintiffs' counsel the names of all potential opt-in Plaintiffs along with the correctional or detention center to which each potential opt-in Plaintiff worked.

The Parties stipulate that the agreed-upon third party administrator shall transmit the agreed Notice of Rights and agreed Consent Form via first class mail to all persons contained on the list within **ten (10) days** of receiving the list from Defendant. Attached hereto as Exhibit "A" is the agreed Notice of Rights and Consent Form.

SIGNED on <u>September 10</u>, 2020.

<i>Eli Richardson</i><br>
ELI RICHARDSON<br>
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE,

*/s/ Rachel R. Rosenblatt (by authority)*
**LITTLER MENDELSON, P.C.**
Rachel R. Rosenblatt (Bar #027501)
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee  37201
Telephone: 615.383.3033
Facsimile: 615.383.3323
rrosenblatt@littler.com

*Attorney for Defendant*
*CoreCivic of Tennessee, LLC*

*/s/ Robert C. Bigelow*
**BIGELOW LEGAL P.C.**
Robert C. Bigelow, Esq. #022022
4235 Hillsboro Pike, Ste. 217
Nashville, TN 37215
(615) 829-8986
rbigelow@bigelowlegal.com

*Attorney for Plaintiffs and all other similarly*
*situated current and former employees*