# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JEANNE BALLARD, et al.,

    Plaintiffs,

v.

CORECIVIC OF TENNESSEE, LLC,

    Defendant.

Case No. 3:20-cv-00418

Judge Eli J. Richardson
Magistrate Judge Alistair E. Newbern

## **ORDER**

By agreement of the parties, the subsequent case management conference addressed in the initial case management order (Doc. No. 29) is set on January 21, 2021 at 1:30 p.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate. Counsel need not and should not appear in person.

The parties are reminded of their obligation to file a joint amended proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge