UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANNE BALLARD, et al., | |
| Plaintiffs, | Case No. 3:20-cv-00418 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| CORECIVIC OF TENNESSEE, LLC, | |
| Defendant. | |

## ORDER

The Magistrate Judge held a telephonic case management conference with counsel for the parties on January 21, 2021. Counsel state that they are engaged in the informal exchange of information to prepare for a mediation set on March 23, 2021. Counsel ask the Court to continue the case management conference and all outstanding litigation deadlines until after the mediation takes place.

Accordingly, a telephonic case management conference is set on April 13, 2021, at 9:30 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate. Counsel shall file a joint proposed amended case management order by April 12, 2021.

If the matter has been resolved through mediation, counsel shall inform the Magistrate Judge's chambers and the conference will be cancelled.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge