UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANNE BALLARD, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>　　　Defendant. | Case No. 3:20-cv-00418<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## <u>ORDER</u>

The Magistrate Judge held a telephonic case management conference with counsel for the parties on April 13, 2021. Counsel report that negotiations begun in their March 13, 2021 mediation are ongoing and asked for additional time to attempt to resolve this matter independently before setting the remainder of the litigation deadlines.

Accordingly, a case management conference is set on July 9, 2021, at 9:30 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

By July 2, 2021, counsel shall file a joint status report and, if appropriate, a proposed case management calendar of all remaining litigation dates. If counsel resolve this matter independently, they shall notify the Court at the earliest opportunity.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge