UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEANNE BALLARD, et al.,

    Plaintiffs,

v.

CORECIVIC OF TENNESSEE, LLC,

    Defendant.

Case No. 3:20-cv-00418

Judge Eli J. Richardson
Magistrate Judge Alistair E. Newbern

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on July 9, 2021. The parties jointly requested a stay of all deadlines to allow continued case resolution discussions. All case deadlines are therefore STAYED pending a case management conference on September 16, 2021, at 9:30 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

By September 15, 2021, counsel shall file a joint proposed case management order addressing all outstanding case management deadlines.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge