| | |
|---|---|
| JEANNE BALLARD, et al., | |
| Plaintiffs, | Case No. 3:20-cv-00418 |
| v. | Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |
| CORECIVIC OF TENNESSEE, LLC, | |
| Defendant. | |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on September 16, 2021. Counsel report that they are finalizing an agreement to resolve all claims in this matter and intend to file a settlement agreement for the Court's approval. The parties shall make that filing by November 16, 2021.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge