The Motion is granted. The settlement approval documents are now due on or before December 16, 2021.

*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **JEANNE BALLARD, MARSHA CAPOSELL, GREGORY SCOTT GALATIAN and JOHN GANDARA,** individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| | ) | **Civil Action No. 3:20-cv-00418** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT APPROVAL PAPERWORK

Plaintiffs and Defendant respectfully move this Honorable Court for a thirty (30) day extension of time to file their settlement approval documents. In support, the Parties respectfully state as follows:

## I. INTRODUCTION

This case concerns a dispute under the Fair Labor Standards Act ("FLSA"). The Plaintiffs allege that they were not paid for all hours they worked for Defendant because they were not paid for the time they spent undergoing security screenings each shift. Defendant denies the allegations and contends that the time spent completing security screenings is not compensable under the FLSA.

Despite the conflicting factual and legal positions, the Parties have reached a settlement to resolve the claims of each Plaintiff who joined this case. The settlement provides for monetary