# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JEANNE BALLARD, MARSHA )
CAPOSELL, GREGORY SCOTT )
GALATIAN and JOHN GANDARA, )
individually and on behalf of all others )
similarly situated, )     Civil Action No. 3:20-cv-00418
)
        **Plaintiff,** )
)
**v.** )
)
**CORECIVIC OF TENNESSEE, LLC** )
)
        **Defendant.** )

Before the Court is the Joint Motion for Extension of Time to file the settlement approval

papers with the Court. Having considered the Motion and the arguments of counsel, if any, it is

hereby ORDERED that the Motion is GRANTED. The deadline to submit the settlement

approval paperwork to the Court is now _January 17, 2022_.

ORDERED this _17_ day of ____December____, 2021.

_____
JUDGE PRESIDING