**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JEANNE BALLARD, MARSHA CAPOSELL, GREGORY SCOTT GALATIAN and JOHN GANDARA, individually and on behalf of all others similarly situated,** | ) ) ) ) ) | **Civil Action No. 3:20-cv-00418** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court is the Plaintiffs' Motion for Extension of Time to file the settlement approval papers with the Court. Having considered the Motion and the arguments of counsel, if any, it is hereby ORDERED that the Motion is GRANTED. The deadline to submit the settlement approval paperwork to the Court is now ___February 18, 2022____.

ORDERED this _19__ day of ___January___, 2022.

_Eli Richardson_____
JUDGE PRESIDING