## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

JEANNE BALLARD, MARSHA )
CAPOSELL, GREGORY SCOTT )
GALATIAN and JOHN GANDARA, )
individually and on behalf of all others )
similarly situated, )     Civil Action No. 3:20-cv-00418
  )
      **Plaintiff,** )
  )
**v.** )
  )
**CORECIVIC OF TENNESSEE, LLC** )
  )
      **Defendant.** )

Before the Court is the Plaintiffs' Unopposed Motion for Extension of Time to file the settlement approval papers with the Court. Having considered the Motion and the arguments of counsel, if any, it is hereby ORDERED that the Motion is GRANTED. The deadline to submit the settlement approval paperwork to the Court is now March 4, 2022.

ORDERED this __24__ day of _____February_____, 2022.

_Eli Richardson_____
JUDGE PRESIDING