IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEANNE BALLARD, MARSHA CAPOSELL, GREGORY SCOTT GALATIAN, and JOHN GANDARA on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | Civil Action No. 3:20-cv-00418 |
| Plaintiffs, | ) ) | Judge Eli J. Richardson |
| v. | ) ) ) | Magistrate Judge Alistair Newbern |
| CORECIVIC OF TENNESSEE, LLC, | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE**

Before the COURT is NAMED PLAINTIFFS' unopposed motion for entry of the APPROVAL ORDER as an Order of Court, approving the AGREEMENT and dismissing the CIVIL ACTION with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

A.      All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to NAMED PLAINTIFFS' unopposed motion for entry of the APPROVAL ORDER as an Order of Court.

B.      The COURT has jurisdiction over the claims asserted in the CIVIL ACTION and over the PARTIES to the CIVIL ACTION.

C.      By filing written consents to join this CIVIL ACTION, the FLSA CLASS MEMBERS: (1) authorized NAMED PLAINTIFFS to prosecute the above-referenced matter on their behalf, (2) designated NAMED PLAINTIFFS to make decisions on their behalf concerning

the litigation, including negotiating a resolution of their claims, and (3) agreed to be bound by such decisions.

D.      The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is adequate, fair, and reasonable, that it is in the best interests of the PARTIES and the FLSA CLASS MEMBERS, and that it should be and hereby is approved. Likewise, the determination of the individual payments as set forth in the AGREEMENT is approved as a fair, equitable, and reasonable allocation of the MAXIMUM GROSS SETTLEMENT AMOUNT. Accordingly, the AGREEMENT which provides for a total settlement of $500,000.00 is hereby approved in accordance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.*, and it shall be administrated in accordance with its terms.

E.      The COURT finds the following payments identified in the AGREEMENT to be fair and reasonable and are approved:

> 1. the ATTORNEY'S FEES PAYMENT of $166,666.67,
>
> 2.  the CLASS ADMINISTRATIVE COSTS of $12,030.58,
>
> 3. the ATTORNEY'S EXPENSES PAYMENT of $38,716.81, and
>
> 4.  the SERVICE PAYMENT ALLOCATION of $20,000.00 (or $5,000 per NAMED PLAINTIFF).

F.      The Court finds the release identified in the AGREEMENT to be fair and reasonable and is approved.

G.      This APPROVAL ORDER and the AGREEMENT are binding on NAMED PLAINTIFFS and all FLSA CLASS MEMBERS and DEFENDANT.

H.    This CIVIL ACTION is hereby DISMISSED in its entirety, on the merits, and WITH PREJUDICE, without costs to any party, except to the extent otherwise expressly provided in the AGREEMENT.


**IT IS SO ORDERED.**


**DATE:**    March 14, 2022

*Eli Richardson*

**Eli J. Richardson**
**UNITED STATES DISTRICT JUDGE**